# United States Bankruptcy Court
For The
District of Columbia

**IN RE:** JAMES P NORRIS
4925 9TH ST NW
WASHINGTON, DC 20011

Case No: 14-00387
SSN #1: XXX-XX-3209

Date: 12/17/2015

## TRUSTEE'S REPORT ON CLAIMS

Comes now, Cynthia A. Niklas, Esquire, Trustee of the above-captioned matter, and pursuant to 11 U.S.C. sec 704(5), has examined all proofs of claims filed in this matter together with the court record herein and reports that pursuant to 11 U.S.C. sec. 501 and 502, applicable Bankruptcy Rules and the court record herein, the following claims are direct pay and/or have been duly filed and/or deemed allowed, unless timely written objection is made and sustained by any party in interest including the debtor, except where no purpose would be served by such objection, or indicate the amount paid prior to amendment or withdrawal.

| Claim # | Name and Address of Creditor | Amount | Forgive % | Classification |
|---|---|---|---|---|
| 001 | JPMORGAN CHASE BANK / 3415 VISION DR<br>MAIL CODE OH4-7142 / COLUMBUS, OH 43219 | | | DirectPay<br>.00 |
| 002 | DC WATER / 810 FIRST ST NE<br>1ST FL / WASHINGTON, DC 20002-4227 | 9,764.07 | 6.0000% From 11/20/2014 | Secured |
| 003 | NATIONSTAR MORTGAGE / POB 619094<br>DALLAS, TX 75261-9741 | | | DirectPay<br>.00 |
| 004 | US TREASURY / INTERNAL REVENUE SERVICE<br>POB 7317 / PHILADELPHIA, PA 19101-7317 | None | 6.0000% From 11/20/2014 | Not Filed<br>.00 |
| 005 | DC TREASURER / DC TAX & REVENUE<br>POB 75520 / WASHINGTON, DC 20013 | None | 6.0000% From 11/20/2014 | Not Filed<br>.00 |
| 006 | FEDCHOICE FCU / 10001 WILLOWDALE RD<br>LANHAM, MD 20706 | 6,062.33 | 6.0000% From 11/20/2014 | Unsecured |
| 007 | FEDCHOICE FCU / 10001 WILLOWDALE RD<br>LANHAM, MD 20706 | 1,243.69 | 6.0000% From 11/20/2014 | Unsecured |
| 008 | ASSET ACCEPTANCE / MIDLAND<br>POB 2036 / WARREN, MI 48090 | 2,144.11 | 6.0000% From 11/20/2014 | Unsecured |
| 009 | ASSET ACCEPTANCE / MIDLAND<br>POB 2036 / WARREN, MI 48090 | 1,863.37 | 6.0000% From 11/20/2014 | Unsecured |
| 010 | WASHINGTON GAS / 6801 INDUSTRIAL RD<br>RM #115/117 A / SPRINGFIELD, VA 22151 | 21,172.84 | 6.0000% From 11/20/2014 | Unsecured |
| 011 | DC WATER / 810 FIRST ST NE<br>1ST FL / WASHINGTON, DC 20002-4227 | 42.63 | 6.0000% From 11/20/2014 | Unsecured |
| | Total | 42,293.04 | | |

RICHARD J LINK
200-A MONROE ST
SUITE #220
ROCKVILLE, MD 20850

.00

Debtor's Attorney

The absence of timely filed written objection will be deemed an approval by the debtor of the claims as recited above.

CC: DEBTOR(S)
    ATTORNEY

/s/ Cynthia A. Niklas, Esq

Cynthia A. Niklas, Esq
Chapter 13 Trustee
4545 42nd ST NW #211
Washington, DC 20016

Page 1 of 1